# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORENO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. CV 14-03829-MAN<br><br>**ORDER AWARDING EAJA FEES** |

Based upon the Stipulation For The Award Of EAJA Fees ("Stipulation"), which was filed on May 12, 2015, **IT IS ORDERED** that attorney's fees under the Equal Access To Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND NINE HUNDRED DOLLARS ($4,900.00) as authorized by 28 U.S.C. § 2412(d), subject to terms and conditions of the Stipulation.

Dated: May 14, 2015

                                        /s/ Margaret A. Nagle
                                        MARGARET A. NAGLE
                                        UNITED STATES MAGISTRATE JUDGE